IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William B. Kelly | ) | Case No. 17-25056 TPA |
| Danielle Kelly | ) | Chapter 13 |
|    Debtors | ) | Related Docket No. |
| | ) | |
| William B. Kelly | ) | Hearing Date and Time: |
| Danielle Kelly | ) | June 21, 2018 at 10:30am |
|    Movants | ) | |
|       vs. | ) | |
| | ) | |
| Americredit Financial Services, Capital One, | ) | |
| Chase, Chase/Amazon, Chestnut Hills | ) | |
| Dental, Citi, Comenity, Comenity/Victoria's | ) | |
| Secret, Dell, Discover, Discover Bank, | ) | |
| Disney Movie Club, Gm Financial, Harley | ) | |
| Davidson Credit Corp., Home Depot, JC | ) | |
| Penney/Synchrony Bank, JP Morgan Chase | ) | |
| Bank National Association, Kohl's, Norine | ) | |
| Kelly, Office of the United States Trustee, | ) | |
| PRA Receivables, Pennsylvania Department | ) | |
| Of Revenue, Toys R US, US Bank, KML | ) | |
| Law Group, Phelan Hallinan Diamond & | ) | |
| Jones, Ronda J. Winnecour | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED FEBRUARY 14, 2018

I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 14, 2018.

The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: February 14, 2018

By: /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

```
Label Matrix for local noticing            (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN   Jerome B. Blank
0315-2                                     PO BOX 183853                                    Phelan Hallinan Diamond & Jones, LLP
Case 17-25056-TPA                          ARLINGTON TX 76096-3853                          Omni William Penn Office Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                            555 Grant Street, Suite 300
Pittsburgh                                                                                  Pittsburgh, PA 15219-4408
Wed Feb 14 09:26:18 EST 2018

Capital One                                Capital One, N.A.                                Chase
PO Box 71083                               c/o Becket and Lee LLP                           PO Box 78420
Charlotte, NC 28272-1083                   PO Box 3001                                      Phoenix, AZ 85062-8420
                                           Malvern PA 19355-0701


Chase/Amazon                               Chestnut Hills Dental                            Citi
PO Box 1423                                8775 Norwin Avenue, Suite 100                    PO Box 9001037
Charlotte, NC 28201-1423                   Irwin, PA 15642-7705                             Louisville, KY 40290-1037


Citi                                       Comenity                                         Comenity/Victoria's Secret
PO Box 90010377                            PO Box 659819                                    PO Box 659728
Louisville, KY 40290                       San Antonio, TX 78265-9119                       San Antonio, TX 78265-9728


Dell                                       Discover                                         Discover Bank
PO Box 640                                 PO Box 742655                                    Discover Products Inc
Carol Stream, IL 60132-0640                Cincinnati, OH 45274-2655                        PO Box 3025
                                                                                            New Albany, OH  43054-3025


Disney Movie Club                          GM Financial                                     Harley Davidson Credit Corp
PO Box 758                                 PO Box 78143                                     Dept. 15129
Neenah, WI 54957-0758                      Phoenix, AZ 85062-8143                           Palatine, IL 60055-0001


Harley-Davidson Credit Corp.               Home Depot                                       JC Penney/Synchrony Bank
PO Box 9013                                PO Box 9001010                                   PO Box 960090
Addison, Texas 75001-9013                  Louisville, KY 40290-1010                        Orlando, FL 32896-0090


JPMorgan Chase Bank, National Association  Danielle Kelly                                   William B. Kelly
Chase Records Center                       12260 Roth Drive                                 12260 Roth Drive
Attn: Correspondence Mail                  Irwin, PA 15642-2977                             Irwin, PA 15642-2977
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774

Kohl's                                     Norine Kelly                                     Office of the United States Trustee
PO Box 983                                 18-D Carothers Drive                             Liberty Center.
Milwaukee, WI 53201-0983                   Monroeville, PA 15146                            1001 Liberty Avenue, Suite 970
                                                                                            Pittsburgh, PA 15222-3721


PRA Receivables Management, LLC            Pennsylvania Dept. of Revenue                    Kenneth M. Steinberg
PO Box 41021                               Department 280946                                Steidl & Steinberg
Norfolk, VA 23541-1021                     P.O. Box 280946                                  Suite 2830 Gulf Tower.
                                           ATTN: BANKRUPTCY DIVISION                        707 Grant Street
                                           Harrisburg, PA 17128-0946                        Pittsburgh, PA 15219-1908
```

```
Toys-R-Us                        (p)US BANK                              James Warmbrodt
PO Box 530938                    PO BOX 5229                             KML Law Group, P.C.
Atlanta, GA 30353-0938           CINCINNATI OH 45201-5229                701 Market Street
                                                                         Suite 5000
                                                                         Philadelphia, PA 19106-1541


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.   U.S. Bank National Association    (d)US Bank
Dba GM Financial                       Bankruptcy Department             PO Box 790408
P.O Box 183853                         PO Box 108                        Saint Louis, MO 63179
Arlington, TX 76096                    St. Louis MO 63166-0108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Harley-Davidson Credit Corp         (u)JPMorgan Chase Bank, National Association    (d)PRA Receivables Management, LLC
                                                                                       PO Box 41021
                                                                                       Norfolk, VA 23541-1021
```

```
End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```