UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 17-25056-TPA-13

William B. Kelly and Danielle Kelly     Chapter 13

     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

       Americredit Financial Services, Inc. dba GM Financial
       PO Box 183853
       Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 23, 2018 :

| | |
|---|---|
| KENNETH M STEINBERG<br>SUITE 2830 GULF TOWER<br>PITTSBURGH, PA  15219 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx95723 / 945927