IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William B. Kelly | ) | Bankruptcy No. 17-25056 TPA |
| Danielle Kelly | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| William B. Kelly | ) | Related to Document No. 39 |
|     Movant | ) | |
| SSN: XXX-XX-9200 | ) | |
| | ) | |
|     vs. | ) | |
| Commonwealth of PA | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 20, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

William & Danielle Kelly  
12260 Roth Drive  
Irwin, Pa 15642  

Commonwealth of PA  
Attn: Payroll Department  
COPA-Exec Off Bur of Comm  
Pay OP  
PO Box 8006  
Harrisburg, PA 17105  

Date of Service: July 20, 2018      /s/ Kenneth M. Steinberg  
      Kenneth M. Steinberg, Esquire  
      Attorney for the Debtor  

      STEIDL & STEINBERG  
      Suite 2830, Gulf Tower  
      707 Grant Street  
      Pittsburgh, PA 15219  
      (412) 391-8000  
      Kenny.steinberg@steidl-steinberg.com  
      PA I.D. No. 31244