# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURG)

| | |
|---|---|
| IN RE:<br>**William B. Kelly and Danielle Kelly**<br><br>DEBTOR. | CHAPTER 13<br><br>CASE NO.: **17-25056-TPA** |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that J.P. Morgan Chase Bank, National Association ("Secured Creditor"), secured creditor to the above entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Michael J. Shavel, Esquire
> Hill Wallack LLP
> 777 Township Line Road, Suite 250
> Yardley, PA 19067
> Telephone: (215)579-7700
> Facsimile: (215)579-9248
> Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Secured Creditor's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any

{Y0956255; 1}

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Secured Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 16, 2020                         Hill Wallack LLP

By: */s/Michael J. Shavel*
Michael J. Shavel, Esquire
777 Township Line Rd, Suite 250
Yardley, PA 19067
Telephone: (215)579-7700
Facsimile: (215)579-9248
Email: mshavel@hillwallack.com

{Y0956255; 1}