IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William B. Kelly, ) | Bankruptcy No. 17-25056 TPA |
| Danielle Kelly ) | Chapter 13 |
|     Debtors ) | Related to Docket No. 53 |
| ) | |
| William B.Kelly, ) | |
| SSN: XXX-XX-9200 ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Commonwealth of Pennsylvania ) | |
| ) | |
|     Respondent(s) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 7, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was caused to be served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties:

**Served By CM/ECF filing**
Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Commonwealth of Pennsylvania
Attn: Payroll Dept.
COPA-Exec OFF Bur of Comm
Pay OP
PO Box 8006
Harrisburg, PA 17105

William & Danielle Kelly
12260 Roth Drive
Irwin, PA 15642

Date of Service: June 7, 2021

/s/Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 31244
kenny.steinberg@steidl-steinberg.com