# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/15/2022

IN RE:

WILLIAM B. KELLY
DANIELLE KELLY
12260 ROTH DRIVE
IRWIN,  PA  15642
XXX-XX-9200          Debtor(s)

XXX-XX-9083

Case No.17-25056 TPA

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/15/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 8976 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  HARLEY DAVIDSON/PRAE | |

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 1 PENN CENTER PLZ STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  JPMORGAN CHASE/PRAE | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| BANKRUPTCY DEPARTMENT | Court Claim Number:5 | ACCOUNT NO.: 9941 |
| PO BOX 3730 | | |
| | CLAIM:  0.00 | |
| ANAHEIM, CA  92806 | COMMENT:  PMT/DECL*1033.08/PL-CL@CHASE/PL*DK4LMT*BGN 1/18*FR JPMORGAN-DOC 44 | |

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**| Trustee Claim Number:5   INT %: 9.65% | CRED DESC:  VEHICLE |
| PO BOX 183853 | Court Claim Number:3 | ACCOUNT NO.: 5723 |
| | CLAIM:  20,369.48 | |
| ARLINGTON, TX  76096 | COMMENT:  $CL3GOVS@9.65%MDF*~910/PL*PMT/CONF | |

| | | |
|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  VEHICLE |
| BOX 15129 | Court Claim Number:1 | ACCOUNT NO.: 9504 |
| | CLAIM:  0.00 | |
| PALATINE, IL  60055-5129 | COMMENT:  SURR/PL*CL=$8,515.67 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE| Court Claim Number:9 | ACCOUNT NO.: 2568 |
| PO BOX 2011 | | |
| | CLAIM:  1,439.25 | |
| WARREN, MI  48090 | COMMENT:  NO ACCT/SCH*CAPITAL ONE-RCS DIRECT | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE| Court Claim Number:8 | ACCOUNT NO.: 2095 |
| PO BOX 2011 | | |
| | CLAIM:  4,046.90 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE/RCS DIRECT | |

| | | |
|---|---|---|
| **CHASE(*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number: | ACCOUNT NO.: 2853 |
| PO BOX 15368 | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR~AMAZON/SCH | |

| | | |
|---|---|---|
| **CHESTNUT HILLS DENTAL** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 9173 RT 30 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| IRWIN, PA  15642 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP - AGENT FOR JH PORTFOLI** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:11 | ACCOUNT NO.: 4836 |
| | CLAIM: 7,948.81 | |
| KIRKLAND, WA 98063-0788 | COMMENT: CITI SIMPLICITY | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:12  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 2349 |
| POB 10587 | | |
| | CLAIM: 1,541.29 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:15 | ACCOUNT NO.: 4252 |
| | CLAIM: 521.37 | |
| KIRKLAND, WA 98083-0788 | COMMENT: PAGODA JEWELERS | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:14  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:16 | ACCOUNT NO.: 6517 |
| | CLAIM: 1,627.34 | |
| KIRKLAND, WA 98083-0788 | COMMENT: VCTR SCRT | |

| | | |
|---|---|---|
| **DFS ACCEPTANCE** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DELL PMT PROCESSING CTR | Court Claim Number: | ACCOUNT NO.: 5837 |
| POB 6403 | | |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197-6403 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.: 0507 |
| PO BOX 3025 | | |
| | CLAIM: 11,606.68 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISNEY MOVIE CLUB** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 758 | Court Claim Number: | ACCOUNT NO.: 5654 |
| | CLAIM: 0.00 | |
| NEENAH, WI 54957-1008 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:14-2 | ACCOUNT NO.: 4589 |
| | CLAIM: 577.92 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: AMD | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDINC** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:12 | ACCOUNT NO.: 8976 |
| | CLAIM: 349.62 | |
| KIRKLAND, WA 98083-0788 | COMMENT: 9761~JCP/SCH*SYNCHRONY BANK | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:20  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:6 | ACCOUNT NO.: 1868 |
| PO BOX 3001 | | |
| | CLAIM: 1,633.60 | |
| MALVERN, PA 19355-0701 | COMMENT: 7902/SCH*KOHLS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:7 | ACCOUNT NO.:  4779 |
| PO BOX 3001 | | |
| | CLAIM:  1,631.65 | |
| MALVERN, PA  19355-0701 | COMMENT:  6803/SCH\*KOHLS | |

| | | |
|---|---|---|
| **NORINE KELLY** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 18 D CAROTHERS DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MONROEVILLE, PA  15146 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:10 | ACCOUNT NO.:  2541 |
| | CLAIM:  1,700.67 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  R US CREDIT~SYNCHRONY BANK | |

| | | |
|---|---|---|
| **US BANK NA\*\*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5227 | Court Claim Number:4 | ACCOUNT NO.:  4932 |
| | CLAIM:  5,594.49 | |
| CINCINNATI, OH  45201-5227 | COMMENT: | |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| BANKRUPTCY DEPARTMENT | Court Claim Number:5 | ACCOUNT NO.:  9941 |
| PO BOX 3730 | | |
| | CLAIM:  1,029.57 | |
| ANAHEIM, CA  92806 | COMMENT:  $/PL-CL\*THRU 12/17\*FR JPMORGAN-DOC 44 | |

| | | |
|---|---|---|
| **HILL WALLACK LLC** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 777 TOWNSHIP LINE RD STE 250 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| YARDLEY, PA  19067 | COMMENT:  JPMORGAN CHASE/PRAE | |