IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALL CASES IN WHICH KENNETH M. STEINBERG IS ATTORNEY OF RECORD WITH STEIDL AND STEINBERG, | ) ) ) ) | Misc. Docket No. 22-210 CMB |
| | ) | re doc. No. 2 |
| KENNETH M. STEINBERG, CHRISTOPHER M. FRYE, LAUREN M. LAMB, and JULIE F. STEIDL, | ) ) ) ) ) | |
| Movants | ) | |

## ORDER OF COURT

**AND NOW** this  29th  day of  April        , 2022 upon consideration of the *Omnibus Joint Motion to Withdraw the Appearance of Kenneth M. Steinberg and Enter the Appearances of Christopher M. Frye, Lauren M. Lamb, and Julie F. Steidl* ("Motion"), it is hereby ORDERED, ADJUSGED, and DECREED that:

1. The Motion is GRANTED; and

2. The appearance of Kenneth M. Steinberg, Esquire is WITHDRAWN on all cases pending before this Honorable Court on Exhibit A, Exhibit B, and Exhibit C attached to the Motion effective May 14, 2022; and

3. The appearance of Christopher M. Frye, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit A** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire; and

    4.    The appearance of Lauren M. Lamb, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit B** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire; and

    5.    The appearance of Julie F. Steidl, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit C** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire.

FILED
4/29/22 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm
Chief United States Bankruptcy Judge