# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/19/22 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  WILLIAM B. KELLY
DANIELLE KELLY
      Debtor(s)

  Ronda J. Winnecour, Trustee
   Movant
     vs.
  WILLIAM B. KELLY
DANIELLE KELLY

     Respondents

Case No. 17-25056GLT

Chapter 13

Document No. 61

## ORDER TO STOP PAYROLL DEDUCTIONS

    AND NOW, this ___19th___ day of December, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM B. KELLY, social security number XXX-XX-9200. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM B. KELLY.

BY THE COURT:

_____
Gregory L. Taddonio         jlm
Chief United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-25056-GLT
William B. Kelly Chapter 13
Danielle Kelly
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 19, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + William B. Kelly, Danielle Kelly, 12260 Roth Drive, Irwin, PA 15642-2977

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Christopher M. Frye
     on behalf of Joint Debtor Danielle Kelly chris.frye@steidl-steinberg.com
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
     on behalf of Debtor William B. Kelly chris.frye@steidl-steinberg.com
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jerome B. Blank
     on behalf of Creditor JPMorgan Chase Bank  National Association jblank@pincuslaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 19, 2022 | Form ID: pdf900 | Total Noticed: 1

Mario J. Hanyon
    on behalf of Creditor JPmorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC
    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael J Shavel
    on behalf of Creditor JPMorgan Chase Bank  National Association mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8