IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William B Kelly | ) | Case No. 17-25056 JAD |
| Danielle Kelly, | ) | Chapter 13 |
|     Debtor(s) | ) | Docket No |
| | ) | |
| | ) | |
| William B Kelly | ) | |
| Danielle Kelly, | ) | |
|     Movant(s) | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 4, 2018 at docket number 33 and 34, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

        Respectfully submitted,

<u>January 27, 2023</u>        <u>/s/ Christopher M. Frye</u>
DATE        Christopher M. Frye, Esquire
        Attorney for the Debtor(s)

        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        chris.frye@steidl-steinberg.com
        PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**