Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William B. Kelly** | : | Case No. 17−25056−GLT |
| **Danielle Kelly** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 65 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/5/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this ***The 27th of January, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 65 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

  (1)  ***On or before March 13, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2)  This Motion is scheduled for hearing on ***April 5, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

  (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

  (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-25056-GLT
William B. Kelly  Chapter 13
Danielle Kelly
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jan 27, 2023     Form ID: 604     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William B. Kelly, Danielle Kelly, 12260 Roth Drive, Irwin, PA 15642-2977 |
| 14747690 | + | Chestnut Hills Dental, 8775 Norwin Avenue, Suite 100, Irwin, PA 15642-7705 |
| 14747692 | | Citi, PO Box 90010377, Louisville, KY 40290 |
| 14747695 | + | Dell, PO Box 640, Carol Stream, IL 60132-0640 |
| 14747696 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14747697 | + | Disney Movie Club, PO Box 758, Neenah, WI 54957-0758 |
| 14747699 | + | Harley Davidson Credit Corp, Dept. 15129, Palatine, IL 60055-0001 |
| 14747702 | + | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14747704 | | Norine Kelly, 18-D Carothers Drive, Monroeville, PA 15146 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14763319 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15254074 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 14747686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14773554 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:29:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14747691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:16:58 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 14781810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14747693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity, PO Box 659819, San Antonio, TX 78265-9119 |
| 14747694 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity/Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753962 | | Email/Text: mrdiscen@discover.com | Jan 28 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747698 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14752033 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 28 2023 00:15:00 | Harley-Davidson Credit Corp., PO Box 9013, |

Case 17-25056-GLT   Doc 68   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Addison, Texas 75001-9013 |
| 14747700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14747701 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14747688 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:16:51 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14747689 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:16:51 | Chase/Amazon, PO Box 1423, Charlotte, NC 28201 |
| 14772244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:17:14 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14781170 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775366 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748946 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:17:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777863 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783180 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14777864 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783179 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14747705 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:53 | Toys-R-Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 14771457 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2023 00:16:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14747706 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2023 00:16:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | JPmorgan Chase Bank, National Association C/O Carr |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791276 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14747687 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14747703 | *+ | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14775367 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

Case 17-25056-GLT    Doc 68    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor William B. Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Danielle Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank  National Association jblank@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor JPmorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael J Shavel | on behalf of Creditor JPMorgan Chase Bank  National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8