**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM B. KELLY<br>DANIELLE KELLY<br>          Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>          Movant<br>      vs.<br>No Respondents. | Case No.:17-25056<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2017 and confirmed on 2/12/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,067.75 |
| Less Refunds to Debtor | 881.89 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,185.86 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 4,960.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,660.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 64,255.00 | 0.00 | 64,255.00 |
|     Acct: 9941 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 1,029.57 | 1,029.57 | 0.00 | 1,029.57 |
|     Acct: 9941 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 20,369.48 | 20,369.48 | 5,311.68 | 25,681.16 |
|     Acct: 5723 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9504 | | | | |
| | | | | 90,965.73 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM B. KELLY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM B. KELLY | 881.89 | 881.89 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 1,439.25 | 377.86 | 0.00 | 377.86 |
|     Acct: 2568 | | | | |
|   MIDLAND FUNDING LLC | 4,046.90 | 1,062.47 | 0.00 | 1,062.47 |
|     Acct: 2095 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2853 | | | | |
|   CHESTNUT HILLS DENTAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP - AGENT FOR JH POR | 7,948.81 | 2,086.88 | 0.00 | 2,086.88 |
|     Acct: 4836 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,541.29 | 404.65 | 0.00 | 404.65 |

17-25056                                                                                                                   Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2349 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 521.37 | 136.88 | 0.00 | 136.88 |
| Acct: 4252 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,627.34 | 427.24 | 0.00 | 427.24 |
| Acct: 6517 | | | | |
| DFS ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5837 | | | | |
| DISCOVER BANK(*) | 11,606.68 | 3,047.22 | 0.00 | 3,047.22 |
| Acct: 0507 | | | | |
| DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5654 | | | | |
| CITIBANK NA** | 577.92 | 151.73 | 0.00 | 151.73 |
| Acct: 4589 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 349.62 | 91.79 | 0.00 | 91.79 |
| Acct: 8976 | | | | |
| CAPITAL ONE NA** | 1,633.60 | 428.89 | 0.00 | 428.89 |
| Acct: 1868 | | | | |
| CAPITAL ONE NA** | 1,631.65 | 428.37 | 0.00 | 428.37 |
| Acct: 4779 | | | | |
| NORINE KELLY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 1,700.67 | 446.49 | 0.00 | 446.49 |
| Acct: 2541 | | | | |
| US BANK NA** | 5,594.49 | 1,468.78 | 0.00 | 1,468.78 |
| Acct: 4932 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8976 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,559.25 |

TOTAL PAID TO CREDITORS                                                                                        101,524.98

TOTAL CLAIMED
PRIORITY            0.00
SECURED        21,399.05
UNSECURED      40,219.59

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM B. KELLY
    DANIELLE KELLY
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-25056

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William B. Kelly  
Danielle Kelly  
    Debtors

Case No. 17-25056-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 27, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William B. Kelly, Danielle Kelly, 12260 Roth Drive, Irwin, PA 15642-2977 |
| 14747690 | + | Chestnut Hills Dental, 8775 Norwin Avenue, Suite 100, Irwin, PA 15642-7705 |
| 14747692 | | Citi, PO Box 90010377, Louisville, KY 40290 |
| 14747695 | + | Dell, PO Box 640, Carol Stream, IL 60132-0640 |
| 14747696 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14747697 | + | Disney Movie Club, PO Box 758, Neenah, WI 54957-0758 |
| 14747699 | + | Harley Davidson Credit Corp, Dept. 15129, Palatine, IL 60055-0001 |
| 14747702 | + | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14747704 | | Norine Kelly, 18-D Carothers Drive, Monroeville, PA 15146 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14763319 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15254074 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 14747686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:15 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14773554 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:30:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14747691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:09 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 14781810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14747693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity, PO Box 659819, San Antonio, TX 78265-9119 |
| 14747694 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity/Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753962 | | Email/Text: mrdiscen@discover.com | Jan 28 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747698 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2023 00:15:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14752033 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 28 2023 00:15:00 | Harley-Davidson Credit Corp., PO Box 9013, |

Case 17-25056-GLT   Doc 69   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | | Addison, Texas 75001-9013 |
| 14747700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:09 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14747701 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:15 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14747688 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:17:03 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14747689 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:16:51 | Chase/Amazon, PO Box 1423, Charlotte, NC 28201 |
| 14772244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2023 00:16:51 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14781170 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775366 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748946 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:16:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777863 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783180 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14777864 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783179 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14747705 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | Toys-R-Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 14771457 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2023 00:16:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14747706 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2023 00:16:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | JPmorgan Chase Bank, National Association C/O Carr |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791276 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14747687 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14747703 | *+ | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14775367 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor William B. Kelly chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
on behalf of Joint Debtor Danielle Kelly chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jerome B. Blank
on behalf of Creditor JPMorgan Chase Bank  National Association jblank@pincuslaw.com

Mario J. Hanyon
on behalf of Creditor JPmorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael J Shavel
on behalf of Creditor JPMorgan Chase Bank  National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8