**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William B. Kelly<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9200<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Danielle Kelly<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9083<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–25056–GLT

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William B. Kelly                           Danielle Kelly

3/17/23                                    **By the court:** Gregory L Taddonio
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25056-GLT |
| William B. Kelly | Chapter 13 |
| Danielle Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William B. Kelly, Danielle Kelly, 12260 Roth Drive, Irwin, PA 15642-2977 |
| 14747690 | + | Chestnut Hills Dental, 8775 Norwin Avenue, Suite 100, Irwin, PA 15642-7705 |
| 14747692 | | Citi, PO Box 90010377, Louisville, KY 40290 |
| 14747695 | + | Dell, PO Box 640, Carol Stream, IL 60132-0640 |
| 14747696 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14747697 | + | Disney Movie Club, PO Box 758, Neenah, WI 54957-0758 |
| 14747699 | + | Harley Davidson Credit Corp, Dept. 15129, Palatine, IL 60055-0001 |
| 14747702 | + | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14747704 | | Norine Kelly, 18-D Carothers Drive, Monroeville, PA 15146 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 18 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 18 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Mar 18 2023 03:37:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14763319 | | EDI: PHINAMERI.COM | Mar 18 2023 03:37:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15254074 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2023 23:46:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 14747686 | + | EDI: CAPITALONE.COM | Mar 18 2023 03:37:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14773554 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2023 23:48:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14747691 | + | EDI: CITICORP.COM | Mar 18 2023 03:37:00 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 14781810 | + | EDI: CITICORP.COM | Mar 18 2023 03:37:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14747693 | + | EDI: WFNNB.COM | Mar 18 2023 03:37:00 | Comenity, PO Box 659819, San Antonio, TX 78265-9119 |
| 14747694 |   | EDI: WFNNB.COM | Mar 18 2023 03:37:00 | Comenity/Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753962 |   | EDI: DISCOVER.COM | Mar 18 2023 03:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747698 | + | EDI: PHINAMERI.COM | Mar 18 2023 03:37:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14752033 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Mar 17 2023 23:46:00 | | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14747700 | + | EDI: CITICORP.COM | Mar 18 2023 03:37:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14747701 | + | EDI: RMSC.COM | Mar 18 2023 03:37:00 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14747688 |   | EDI: JPMORGANCHASE | Mar 18 2023 03:37:00 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14747689 |   | EDI: JPMORGANCHASE | Mar 18 2023 03:37:00 | Chase/Amazon, PO Box 1423, Charlotte, NC 28201 |
| 14772244 |   | EDI: JPMORGANCHASE | Mar 18 2023 03:37:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14781170 |   | Email/PDF: resurgentbknotifications@resurgent.com Mar 17 2023 23:48:18 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775366 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 17 2023 23:46:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748946 | + | EDI: RECOVERYCORP.COM | Mar 18 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777863 |   | EDI: Q3G.COM | Mar 18 2023 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783180 |   | EDI: Q3G.COM | Mar 18 2023 03:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14777864 |   | EDI: Q3G.COM | Mar 18 2023 03:37:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783179 |   | EDI: Q3G.COM | Mar 18 2023 03:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14747705 | + | EDI: RMSC.COM | Mar 18 2023 03:37:00 | Toys-R-Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 14747706 |   | EDI: USBANKARS.COM | Mar 18 2023 03:37:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 14771457 |   | EDI: USBANKARS.COM | Mar 18 2023 03:37:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 17-25056-GLT    Doc 72    Filed 03/19/23    Entered 03/20/23 00:22:45    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 38 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | JPmorgan Chase Bank, National Association C/O Carr |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791276 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14747687 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14747703 | *+ | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14775367 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 19, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor William B. Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Danielle Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank  National Association jblank@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor JPmorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael J Shavel | on behalf of Creditor JPMorgan Chase Bank  National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8