IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/17/23 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
WILLIAM B. KELLY
DANIELLE KELLY
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-25056

Chapter 13

Document No.: 65

ORDER OF COURT

AND NOW, this ___17th___ day of ___March___, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William B. Kelly  
Danielle Kelly  
    Debtors

Case No. 17-25056-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 17, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William B. Kelly, Danielle Kelly, 12260 Roth Drive, Irwin, PA 15642-2977 |
| 14747690 | + | Chestnut Hills Dental, 8775 Norwin Avenue, Suite 100, Irwin, PA 15642-7705 |
| 14747692 | | Citi, PO Box 90010377, Louisville, KY 40290 |
| 14747695 | + | Dell, PO Box 640, Carol Stream, IL 60132-0640 |
| 14747696 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14747697 | + | Disney Movie Club, PO Box 758, Neenah, WI 54957-0758 |
| 14747699 | + | Harley Davidson Credit Corp, Dept. 15129, Palatine, IL 60055-0001 |
| 14747702 | + | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14747704 | | Norine Kelly, 18-D Carothers Drive, Monroeville, PA 15146 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2023 23:46:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14763319 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2023 23:46:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15254074 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 17 2023 23:46:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 14747686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2023 23:48:21 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14773554 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2023 23:48:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14747691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 23:48:28 | Citi, PO Box 9001037, Louisville, KY 40290-1037 |
| 14781810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 23:48:18 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14747693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2023 23:46:00 | Comenity, PO Box 659819, San Antonio, TX 78265-9119 |
| 14747694 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2023 23:46:00 | Comenity/Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14753962 | | Email/Text: mrdiscen@discover.com | Mar 17 2023 23:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747698 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2023 23:46:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14752033 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 17 2023 23:46:00 | Harley-Davidson Credit Corp., PO Box 9013, |

Case 17-25056-GLT    Doc 73    Filed 03/19/23    Entered 03/20/23 00:22:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Addison, Texas 75001-9013 |
| 14747700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 23:48:27 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14747701 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 23:48:21 | JC Penney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14747688 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 23:48:25 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 14747689 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 23:48:25 | Chase/Amazon, PO Box 1423, Charlotte, NC 28201 |
| 14772244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 23:48:25 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14781170 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 23:48:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775366 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 23:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748946 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2023 23:48:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777863 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783180 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14777864 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783179 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14747705 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 23:48:21 | Toys-R-Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 14747706 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2023 23:47:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 14771457 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2023 23:47:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | JPmorgan Chase Bank, National Association C/O Carr |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791276 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14747687 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14747703 | *+ | Kohl's, PO Box 983, Milwaukee, WI 53201-0983 |
| 14775367 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor William B. Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Danielle Kelly chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor JPMorgan Chase Bank  National Association jblank@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor JPmorgan Chase Bank  National Association C/O Carrington Mortgage Services, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael J Shavel | on behalf of Creditor JPMorgan Chase Bank  National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8